**JESSE S. KAPLAN CSB#103726**
**5441 Fair Oaks Blvd Suite C-1**
**Carmichael, CA 95608**
**(916)488-3030**
**(916)489-9297 Fax**

**Attorney for Plaintiff**
**CARLA WHITE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
-O0O0O-

| | |
|---|---|
| **CARLA WHITE,** | Case No.: 2:13-CV-02434-AC |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILEMOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| **Carolyn Colvin,** | |
| **Acting Commissioner of Social Security,** | |
| **Defendant.** | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 27, 2014.

This is the first extension.

Dated: May 16, 2014                    */s/   Jesse S. Kaplan*
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff


Dated: May 16, 2014                    */s/ per e-mail authorization*
                                        THEOPHUS REAGANS
                                        Special Assistant U.S. Attorney
                                        Attorney for Defendant

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILEMOTION FOR SUMMARY JUDGMENT - 1

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended to May 27, 2014.

SO ORDERED.

Dated: May 22, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE