UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA WHITE, | No. 2:13-cv-2434 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has reviewed the parties' stipulation for an extension of time for Defendant to file a Cross-Motion for Summary Judgment from June 26, 2014 to August 11, 2014.  ECF No. 16.  Good cause appearing, IT IS APPROVED AND SO ORDERED.

DATED: August 1, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1