1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  THEOPHOUS H. REAGANS, CSBN 189450
5  Special Assistant United States Attorney

6
       160 Spear Street, Ste. 800
7      San Francisco, CA 94105
8      Telephone: (415) 977-8938
       Facsimile: (415) 744-0134
9      Email: theophous.reagans@ssa.gov
10
11 Attorneys for Defendant

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 CARLA WHITE,                      ) No. 2:13-CV-02434-AC
                                     )
16       Plaintiff,                  ) STIPULATION TO EXTEND
17                                   ) BRIEFING SCHEDULE
         v.                          )
18                                   )
19 CAROLYN W. COLVIN,                )
   Acting Commissioner of Social     )
20 Security,                         )
21                                   )
                                     )
22       Defendant.                  )
23 _____    )

24       The parties stipulate and agree, subject to the Court's approval, that the time for

25 Defendant to file a Cross-Motion for Summary Judgment from August 11, 2014 to

26 September 10, 2014.  This stipulation is necessary because counsel for Defendant has a

27 backlog of cases due in part to his absence from the office both for leave and illness.

28

-1-

Additionally, Defendant's counsel has ten Cross-Motions due in August and is litigating and overseeing several bankruptcy adversary proceedings. Counsel needs additional time to review this case for and to prepare a response. This is Defendant's second request for an extension. The parties request this extension in good faith, with no intent to prolong proceedings unduly. Counsel for Defendant apologizes for any inconvenience caused by this delay.

Dated: August 7, 2014            */s/ Jesse S. Kaplan*
                                 JESSE S. KAPLAN
                                 Attorney for Plaintiff


Dated: August 7, 2014            BENJAMIN B. WAGNER
                                 United States Attorney
                                 THEOPHOUS H. REAGANS



                         By:     */s/ Theophous H. Reagans*
                                 THEOPHOUS H. REAGANS
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

**ORDER**


APPROVED AND SO ORDERED. <u>No further extensions of time will be granted.</u>

DATED: August 7, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE