**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CARLA WHITE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **CARLA WHITE,** | No.   2:13-CV-02434-AC |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| **v.** | |
| **CAROLYN COLVIN,**<br>   **Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file reply brief is extended to October 14, 2014.

This is the first extension regarding this brief.

Dated: October 7, 2014                                                                  */s/     Jesse S. Kaplan*
                                                                                                         JESSE S. KAPLAN
                                                                                                         Attorney for Plaintiff

[Pleading Title] - 1

Dated: October 7, 2014                               /s/ per e-mail authorization

                                                      THEOPHOUS REAGANS
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown through this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to October 14, 2014.

SO ORDERED.

Dated:  October 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2